IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
LASHAWNDA RUSSELL and      )
W.M., a minor, by and      )
through his mother,        )
Lashawnda Russell,         )
                           )
     Plaintiffs,           )
                           )    CIVIL ACTION NO.
     v.                    )      2:20cv150-MHT
                           )          (WO)
LUCIO RAMIREZ-ROQUE and    )
EL PASO FREIGHT SERVICES,  )
INC.,                      )
                           )
     Defendants.           )
```

ORDER

Pursuant to Local Rule 5.2(a)(2) of the United States District Court for the Middle District of Alabama, if the involvement of a minor child must be mentioned in filings to the court, only the initials of that child should be used.

Defendant El Paso Freight Services, Inc.'s motion to set a pro ami hearing and appoint a guardian ad litem (doc. no. 13) marked the first time the parties raised the fact that plaintiff W.M. is a minor.  W.M.'s name

appears in its full form in a number of publicly filed documents.

In order to conform the pleadings to the local rules of this court and protect the anonymity of the minor plaintiff, it is hereby ORDERED that:

(1) This case is recaptioned as set forth in the case style above. The clerk of court shall conform the docket to the above style.

(2) Counsel for the corresponding parties are to prepare redacted PDF copies of docket entries 1, 2, 4, 5, 6, 8, 11, and 13, with the full name of W.M. amended to reflect only the child's initials.

(3) Counsel are to scan these redacted documents into PDF format, save them to a CD, and submit the CD conventionally to the clerk's office no later than November 20, 2020, at 5:00 p.m., accompanied by a "notice of filing" the disc with the redacted documents.

(4) The clerk's office shall immediately seal docket entries 1, 2, 4, 5, 6, 8, 11, and 13, and shall make the

redacted documents available for public viewing on the docket upon filing.

(5) The clerk's office is directed to redact docket items 3, 10, and 12 to reflect the minor plaintiff's initials as opposed to the child's full name.

(6) The clerk's office is further directed to seal docket item 7.

DONE, this the 18th day of November, 2020.

                                            /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**