IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
LASHAWNDA RUSSELL and      )
W.M., a minor, by and      )
through his mother,        )
Lashawnda Russell,         )
                           )
     Plaintiffs,           )
                           )    CIVIL ACTION NO.
     v.                    )      2:20cv150-MHT
                           )          (WO)
LUCIO RAMIREZ-ROQUE and    )
EL PASO FREIGHT SERVICES,  )
INC.,                      )
                           )
     Defendants.           )
```

ORDER

This lawsuit, in which the parties have reached a proposed settlement, is before the court on an unopposed motion by defendant El Paso Freight Services, Inc. to set a pro ami hearing regarding the settlement, and to appoint a guardian ad litem to represent the minor plaintiff's interests in said pro ami hearing. Based on the representations made on the record on November 13, 2020, it is ORDERED that:

(1) Defendant's motion to set a pro ami hearing and for appointment of a guardian ad litem (doc. no. 13) is granted.

(2) Karen Laneaux, Esq., 8 Commerce St., Suite 700, Montgomery, AL 36104, (334)269-5930, <kmastin@bellsouth.net> is appointed as guardian ad litem to represent plaintiff W.M., a minor.

(3) By agreement of the parties, defendant El Paso Freight Services, Inc. is to pay the expenses of the guardian ad litem, with those expenses not to be subtracted from the amount of the proposed settlement.

(4) The clerk of the court is directed to arrange for the guardian ad litem to receive a copy of the file in this case.

(5) An on-the-record pro ami hearing on the proposed settlement is set for November 23, 2020 at 10:00 a.m. Because of the coronavirus pandemic, the clerk of the court and counsel for the parties are to arrange for the hearing to be conducted by videoconferencing. Counsel

for all parties, the plaintiffs, and the guardian ad litem are to appear by video.

(6) By 5:00 p.m. on November 19, 2020, the parties shall submit a proposed opinion via email to <propord_thompson@almd.uscourts.gov> outlining the details of the agreed settlement and why the court should approve it, and to provide a copy to the guardian ad litem.

(7) By noon on November 20, 2020, the guardian ad litem shall file a written report to the court explaining her assessment of whether the proposed settlement should be approved.

DONE, this the 18th day of November, 2020.

                                /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE