IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
LASHAWNDA RUSSELL and       )
W.M., a minor, by and       )
through his mother,         )
Lashawnda Russell,          )
                            )
     Plaintiffs,            )
                            )       CIVIL ACTION NO.
     v.                     )         2:20cv150-MHT
                            )             (WO)
LUCIO RAMIREZ-ROQUE and     )
EL PASO FREIGHT SERVICES,   )
INC.,                       )
                            )
     Defendants.            )
```

**JUDGMENT**

In accordance with the opinion entered today, it is ORDERED, ADJUDGED, and DECREED as follows:

(1) The parties' proposed settlement of the minor plaintiff W.M's claims is approved, with the modification that plaintiff W.M.'s attorney shall receive 34.9 % of the $ 15,000 settlement ($ 5,244.06) instead of 40 %. The court finds the terms of the settlement to be otherwise fair, just, and in the best interest of plaintiff W.M.  The settlement proceeds are to be paid

into plaintiffs' counsel's escrow account pending final disbursement of the proceeds.  Plaintiff W.M. and his mother may collect the settlement on a date no sooner than May 24, 2021.

(2) The fees and expenses of the court-appointed guardian ad litem, Honorable Karen Laneaux, are to be paid by defendant El Paso Freight Services, Inc., and not from the amount of the settlement that W.M. is to receive. The court assumes that Ms. Laneaux and defense counsel will make appropriate arrangements for the payment of her fees and expenses forthwith.

(3) This case is dismissed in its entirety with prejudice, with costs taxed as paid.

This case is closed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 30th day of November, 2020.

        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE